NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MAGAIRE PIERRE,                         )
                                        )
          Appellant,                    )
                                        )
v.                                      )          Case No. 2D18-4923
                                        )
STATE OF FLORIDA,                       )
                                        )
          Appellee.                     )
_____ )

Opinion filed August 21, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; Wayne M. Durden,
Judge.


PER CURIAM.


          Affirmed.  See State v. Cregan, 908 So. 2d 387 (Fla. 2005); Young v.

State, 697 So. 2d 75 (Fla. 1997); Sweet v. State, 987 So. 2d 747 (Fla. 2d DCA 2008);

Haynes v. State, 106 So. 3d 481 (Fla. 5th DCA 2013); Paul v. State, 830 So. 2d 953

(Fla. 5th DCA 2002).


MORRIS, SLEET, and ATKINSON, JJ., Concur.